Jeremy T. Bergstrom, Esq.
Nevada Bar No. 6904
jbergstrom@mileslegal.com
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Parkway, Suite 250
Henderson, Nevada 89052
(702) 369-5960/Fax: (702) 942-0411
MBBW File No. 11-L0157

Attorneys for Defendants
BARCLAYS CAPITAL REAL ESTATE, INC.
d/b/a HOMEQ SERVICING CORPORATION &
WELLS FARGO BANK, N.A.,
FKA WACHOVIA BANK, N.A.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| RONALD T. BRYANT, | Case No.: 3:12-CV-00071-RJC-VPC |
| Plaintiff, | |
| vs. | **ORDER TO DISMISS WITH PREJUDICE** |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY; WELLS FARGO BANK, N.A., FKA WACHOVIA BANK, N.A.; BARCLAYS CAPITAL REAL ESTATE, INC. DBA HOMEQ SERVICING CORPORATION; TITLE & CLOSING, INC.; DOES 1-10; and DOE CORPORATIONS 1-10, | |
| Defendants. | |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

COME NOW, Plaintiff RONALD T. BRYANT and Defendants BARCLAYS CAPITAL REAL ESTATE, INC. DBA HOMEQ SERVICING CORPORATION and WELLS FARGO BANK, N.A. FKA WACHOVIA BANK, N.A., by and through their respective attorneys of record, and hereby stipulate and agree to dismiss the instant action with prejudice, each party to bear their own attorney's fees and costs of litigation. The Clerk of the Court is further directed to close the instant matter.

IT IS SO STIPULATED AND AGREED.

DATED this 31st day of May, 2012

MILES, BAUER, BERGSTROM & WINTERS, LLP

Jory C. Garabedian, Esq.
Nevada Bar No. 10352
2200 Paseo Verde Pkwy, Suite 250
Henderson, NV 89052
*Attorney for Defendants*
*Barclays Capital Real Estate, Inc. d/b/a*
*HomEq Servicing Corporation &*
*Wells Fargo Bank, N.A. f/k/a*
*Wachovia Bank, N.A.*

DATED this 30 day of May, 2012

SMITH and HARMER, LTD.

Julian C. Smith, Jr., Esq.
Nevada Bar No. 821
502 North Division Street
Carson City, NV 89703
*Attorney for Plaintiff*

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: JUNE 12, 2012